**Motion Granted; Order filed March 26, 2019.**



In The

# Fourteenth Court of Appeals

———————

NO. 14-18-00640-CV

———————

**DAVID LEE STUDER, P.E., Appellant**

**V.**

**JACK B. MOORE AND ONESUBSEA, LLC, Appellees**

**On Appeal from the 165th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2017-19260**

## ORDER

On September 20, 2018, appellant filed a brief in this appeal. On October 9, 2018, this court abated the appeal to allow supplementation of the record with a final judgment. On February 26, 2019, a supplemental clerk's record was filed containing a final judgment. On March 5, 2019, appellees filed a motion asking this court to strike appellant's brief and require that appellant file a brief in compliance with the Texas Rules of Appellate Procedure. The motion is granted.

Appellant's brief fails to comply with the rules by failing to (1) state concisely all issues presented for review, (2) contain a succinct, clear, and accurate statement of the arguments made in the body of the brief, and (3) contain a clear and concise argument for the contentions made with appropriate citations to authorities and to the record. *See* Tex. R. App. P. 38.1(f), (h), and (i).

Accordingly, we strike appellant's brief filed September 20, 2018. Appellant is ordered to file a brief that complies with the Texas Rules of Appellate Procedure **within 30 days** of the date of this order. *See* Tex. R. App. P. 38.1.

If appellant files another brief that does not comply with Rule 38, the court may strike the brief, prohibit appellant from filing another, and proceed as if appellant had failed to file a brief. *See* Tex. R. App. P. 38.9(a). Pursuant to Texas Rule of Appellate Procedure 38.8(a), where an appellant has failed to file a brief, we may dismiss the appeal for want of prosecution. If appellant fails to timely file a brief in accordance with Rule 38, the appeal will be dismissed for want of prosecution. *See* Tex. R. App. P. 38.8(a)(1).


PER CURIAM


Panel consists of Chief Justice Frost and Justices Jewell and Bourliot.